RUDDEROW, COLLECTOR OF THE NORTHWEST WARD OF CAMDEN, v. THE STATE, THE CAMDEN WATER WORKS, PROS.

JOHN H. DENNY, COLLECTOR, &c., v. THE STATE, THE CAMDEN AND PHILADELPHIA STEAMBOAT FERRY COMPANY, PROS.

WILLIAM VAN TIER, COLLECTOR, &c., v. THE STATE, THE KAIGHN'S POINT FERRY COMPANY, PROS.

These cases, involving the same questions as the foregoing, were argued in connection with it, and like judgment of reversal ordered in each.

CITED in *State* v. *Parker, Receiver,* 6 *Vroom* 58 ; *State* v. *Com'rs of Railroad Taxation,* 8 *Vroom.*